THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD STEIN, Appellant.

Submitted October 15, 1951; decided October 16, 1951.

Motion for reargument granted. Case set down for reargument during the week of November 19, 1951. [See 302 N. Y. 915, 941; 303 N. Y. 853.]